JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE RAMOS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEDAR FAIR, L.P. and CEDAR FAIR MANAGEMENT, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8-17-cv-00078-JLS-JCG<br><br>**ORDER APPROVING JOINT STIPULATION FOR REMAND TO THE SUPERIOR COURT OF CALIFORNIA**<br><br>*Complaint Filed: November 23, 2016* |

GOOD CAUSE APPEARING THEREFORE, the Stipulation for Remand to the Superior Court of the State of California filed on behalf of Plaintiff FREDDIE RAMOS ("Plaintiff") and Defendants CEDAR FAIR, L.P. and CEDAR FAIR MANAGEMENT, INC. ("Defendant") is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED that this matter shall be remanded to the Superior Court of California, County of Orange Case No. 30-2016-00889192-CU-OE-CXC, and that all future litigation dates are hereby vacated.

**IT IS SO ORDERED**.

Dated: May 07, 2018

Hon. Josephine L. Staton
United States District Judge